# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DE'ONDRIC CLARKS

NO. 2024 KW 0444

**MAY 20, 2024**

---

In Re: De'Ondric Clarks, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 17-199380.

---

**BEFORE: WELCH, LANIER, AND WOLFE, JJ.**

**WRIT DENIED.** The request for stay is denied.

**JEW**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT